United States District Court

Eastern District of California

Mark A. DuRoss,

    Petitioner,

vs.

California State Prison, et al.,

    Respondents.

No. Civ. S 01-2312 DFL PAN P

Order

-oOo-

On August 2, 2002, the court dismissed this action because petitioner failed to allege cognizable grounds for relief and the clerk of the court duly entered judgment. Petitioner seeks relief from judgment.

Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence

1    which by due diligence could not have been discovered
     in time to move for a new trial under Rule 59(b); (3)
2    fraud (whether heretofore denominated intrinsic or
     extrinsic), misrepresentation, or other misconduct of
3    an adverse party; (4) the judgment is void; (5) the
     judgment has been satisfied, released or discharged, or
4    a prior judgment upon which it is based has been
     reversed or otherwise vacated, or it is no longer
5    equitable that the judgment should have prospective
     application; or (6) any other reason justifying relief
6    from the operation of the judgment.

7    Petitioner does not demonstrate that he is entitled to
8    relief from judgment on any of the above-listed grounds.
9    Accordingly, petitioner's July 26, 2005, request is denied.
10   So ordered.
11   DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge