United States District Court

Eastern District of California

Mark A. DuRoss,

      Petitioner,                    No. S Civ. 01-2312 DFL PAN P

  vs.                                  Order

People of the State
of California, et al.,

      Respondents.
                              -oOo-

    August 2, 2002, this action was dismissed and judgment was entered.  July 26, 2005, petitioner sought relief from judgment.  November 14, 2005, the court denied the motion.  Petitioner has filed another motion seeking relief from judgment.  Petitioner's most recent motion patently is frivolous.

    Neither the civil nor the appellate rules authorize multiple, frivolous post-judgment motions.

    Accordingly, no action will be taken on petitioner's December 5, 2005, motion or on future filings that do not comply

1  with the federal civil or appellate rules.
2       Dated:  January 24, 2006.
3                                       /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
4                                       Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26